IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                      Case No.  3:08cr79/MCR

**MARK DANIEL LEITNER**
_____

### ORDER CONCERNING REPRESENTATION

Defendant Mark Daniel Leitner appeared on September 9, 2008 as directed. The court addressed the question of whether defendant wants an attorney. He takes the position that he wants "to handle his own legal affairs" without appearing, but not to represent himself or have an attorney. The court explained that he has three options: (1) he can retain counsel, (2) he can have counsel appointed for him if he qualifies, or (3) he can represent himself. Handling his own legal affairs, a concept defendant was unable to define satisfactorily, is not an option. He was given time to consider his options.

Accordingly IT IS ORDERED that:

1. If defendant retains counsel, his counsel must make an unlimited appearance no later then 4:30 P.M. CDT on September 18, 2008.

2. If defendant does not retain counsel, he will appear in person before the undersigned at 11:00 A.M. CDT on September 19, 2008 and his remaining options will be discussed. A *Faretta v. California* proceeding will be held if necessary.

DONE AND ORDERED this 10th day of September, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE