UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 3:08cr79/MCR/CJK

MARK DANIEL LEITNER
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 10, 2015. (Doc. 1812). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Leitner's "Petition for Return of Property" (doc, 1810) is DENIED WITHOUT PREJUDICE.

**DONE AND ORDERED** this 27th day of February, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**