UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                         **CASE NOS.: 3:08cr79/MCR/CJK**
                                                 **3:15cv176/MCR/CJK**

**MARK DANIEL LEITNER**

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 11, 2018. ECF No. 1929. Defendant has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Mark Leitner's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, ECF No. 1856, is **DENIED**.

3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 9th day of October 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:08cr79/MCR/CJK; 3:15cv176/MCR/CJK